FILED
2026 Aug-18 AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **vs.** | **)** | **Case No.** |
| | **)** | **[Violation: NA18-E1990522]** |
| **KERARRI J. WILLIAMS** | **)** | |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

***Photographing and Sketching Defense Installations***
**18 U.S.C. § 795**

On or about April 8, 2026, within the Northern District of Alabama, the Defendant,

**KERARRI J. WILLIAMS**

did unlawfully photograph, sketch, draw, and map a vital military and naval installation and equipment without first obtaining permission of the commanding officer of the military and naval post, camp, and station, to wit: a building and surrounding area on the Anniston Army Depot.

All in violation of Title 18 U.S.C. § 795.

PHILLIP W. WILLIAMS, JR.
United States Attorney

[signature]

RYAN P. NIEDERMAIR
Assistant United States Attorney